**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr303-MHT** |
| | ) | **(WO)** |
| **LE'ANTHONY WASHINGTON** | ) | |

**ORDER**

It is ORDERED that, on further reflection, the court modifies what it said in open court today to require the supervising probation officer to state in the PSR that defendant Le'Anthony Washington has a "high school diploma" rather than that he has a "verified high school diploma." The court cannot say at this time that his high school diploma is "verified."

DONE, this the 16th day of January, 2025.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**