IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr303-MHT** |
| | ) | (WO) |
| **LE'ANTHONY WASHINGTON** | ) | |

### SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 35 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Le'Anthony Washington to receive mental-health treatment accordance with the recommendations of Dr. Chastity Farr in her evaluation (Doc. 42-1). This treatment program shall include outpatient trauma-informed cognitive behavioral therapy for PTSD and shall be provided by a qualified licensed mental health provider, with certification or training in trauma-informed cognitive behavioral therapy.

(2) The probation officer shall provide the professional(s) treating defendant Washington with a copy of the evaluation by Dr. Chastity Farr (Doc. 42-1) and the presentence investigation report (Doc. 49) prior to the commencement of treatment.

(3) Within 42 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of treatment and on how defendant Washington is faring on supervision.

DONE, this the 31st day of January, 2025.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**